FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: smahoney@fisherphillips.com
Attorney for Defendant,
NP Santa Fe LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARYJANE DORSEY, an individual; | Case No. 2:19-cv-02070-JAD-BW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO RESCHEDULE ENE** |
| NP SANTA FE LLC, d/b/a SANTA FE STATION HOTEL & CASINO, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | **(First Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that due to a conflict on the calendar of Defendant's client representative, the Early Neutral Evaluation presently scheduled for May 29, 2020 at 9:00 a.m. be rescheduled to May 26, 2020 or May 27, 2020. The deadline for submission of confidential written evaluation statements shall be moved to one week before the date of the ENE, and Defendant may arrive 30 minutes after the start of the

- 1 –

FP 37446044.1

1  ENE. This is the first request by the parties for rescheduling of the ENE.

| HATFIELD & ASSOCIATES | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Trevor J. Hatfield, Esq.<br>703 S. Eighth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

IT IS HEREBY ORDERED that the Early Neutral Evaluation session shall be moved to May 26, 2020 at 9:00 a.m.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 9, 2020