UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARYJANE DORSEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NP SANTA FE LLC, d/b/a SANTA FE STATION HOTEL & CASINO, a Domestic Limited Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02070-JAD-BNW<br><br>**ORDER REGARDING<br>IN-PERSON EARLY NEUTRAL<br>EVALUATION SESSION** |

IT IS HEREBY ORDERED that an **in-person** Early Neutral Evaluation Session ("ENE") will be conducted in the fourth floor conference room and jury room of the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada on **Tuesday, May 26, 2020**. Plaintiff must report to the chambers of the undersigned United States Magistrate Judge, Room 4068, at **9:00 a.m.** Defendant must report to the chambers of the undersigned at **9:30 a.m.**

The Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus. For example:

- **ALL VISITORS TO THE COURTHOUSE WILL BE REQUIRED TO MAINTAIN A SOCIAL DISTANCE OF AT LEAST SIX FEET AND EITHER WASH THEIR HANDS OR USE HAND SANITIZER BEFORE ENTERING A COURTROOM.**

- **IF A PROCEEDING IS INSIDE THE COURTROOMS, CHAIRS, TABLES, AND MICROPHONES THAT HAVE BEEN UTILIZED WILL BE CLEANED AFTER EACH PROCEEDING. COUNSEL MAY BRING DISINFECTANT WIPES TO CLEAN THE SURFACE AREAS UTILIZED TO THEIR OWN COMFORT LEVEL AS WELL.**

- **ENE ATTENDEES MAY BRING AND WEAR PERSONAL PROTECTIVE EQUIPMENT INCLUDING FACE MASKS AND GLOVES OR OTHER PROTECTIVE COVERINGS AS DESIRED.**

- **DOCUMENTS THAT WILL BE REFERENCED OR UTILIZED DURING THE ENE SESSION MUST BE EMAILED TO Emily_Santiago@nvd.uscourts.gov by MAY 19, 2020.**

**IF YOU DO NOT FEEL WELL, CONTACT EMILY SANTIAGO AT THE EMAIL ADDRESS ABOVE SO THAT THIS ENE MAY BE RESCHEDULED OR ARRANGEMENTS TO ATTEND IT REMOTELY MAY BE MADE.  DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS SUCH AS A COUGH, FEVER, OR SHORTNESS OF BREATH, OR IF YOU HAVE BEEN IN CONTACT WITH ANYONE WHO HAS BEEN RECENTLY DIAGNOSED WITH A COVID-19 INFECTION.  REFER TO TEMPORARY GENERAL ORDER 2020-02 FOR ADDITIONAL COURTHOUSE-ACCESS POLICIES AND PROCEDURES.**

Dated this 11th day of May, 2020.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE