1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
   703 South Eighth Street
3  Las Vegas, Nevada 89101
4  (702) 388-4469 Tel.
   (702) 386-9825 Fax
5  *thatfield@hatfieldlawassociates.com*

6  *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARYJANE DORSEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NP SANTA FE LLC, d/b/a SANTA FE STATION HOTEL & CASINO, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:19-cv-02070-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(First Request)**<br><br>[ECF No. 27] |

COMES NOW, Plaintiff, MARYJANE DORSEY, ("Plaintiff"), by and through her counsel, the law firm of Hatfield & Associates, Ltd., and Defendant NP SANTA FE LLC, d/b/a SANTA FE STATION HOTEL & CASINO. ("Defendant") by and through its counsel, Scott M. Mahoney, Esq. of the law firm of Fisher & Phillips LLP, hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendant's Motion for Summary Judgment (ECF #25).  This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

Good cause exists for this extension. Plaintiff's counsel has had difficulty contacting Plaintiff and has been unable to meet with Plaintiff to formulate her opposition due to her work schedule.

Accordingly, Plaintiff shall have up to and including June 21, 2021, to respond to Defendant's Motion for Summary Judgment (ECF #25). Defendant's reply will be extended accordingly.

**IT IS SO STIPULATED.**

DATED this 21st day of May, 2021.　　　　DATED this 21st day of May, 2021

**HATFIELD & ASSOCIATES**　　　　　　　**FISHER & PHILLIPS LLP**

By: */s/ Trevor J. Hatfield*　　　　　　　　By: */s/ Scott M. Mahoney, Esq.*
　　TREVOR J. HATFIELD, ESQ. (SBN 7373)　　　Scott M. Mahoney, Esq. (SBN 1099)
　　703 S. Eighth Street　　　　　　　　　　Brian L. Bradford, Esq. (SBN 9518)
　　Las Vegas, Nevada 89101　　　　　　　　300 S. Fourth Street, Suite 1500
　　Tel: (702) 388-4469　　　　　　　　　　Las Vegas, Nevada 89101
　　Fax: (702) 386-9825　　　　　　　　　　Tel: (702) 252-3131
　　Email: thatfield@hatfieldlawassociates.com　Email: smahoney@fisherphillips.com
　　*Attorney for Plaintiff Maryjane Dorsey*　　Email: bbradford@fisherphillips.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant NP Santa Fe LLC*

**IT IS SO ORDERED**

this 21st day of May , 2021

_____
UNITED STATES DISTRICT COURT JUDGE