1  TREVOR J. HATFIELD, ESQ.
   Nevada Bar No. 7373
2  **HATFIELD & ASSOCIATES, LTD.**
   703 South Eighth Street
3  Las Vegas, Nevada 89101
4  (702) 388-4469 Tel.
   (702) 386-9825 Fax
5  *thatfield@hatfieldlawassociates.com*

6  *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARYJANE DORSEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NP SANTA FE LLC, d/b/a SANTA FE STATION HOTEL & CASINO, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:19-cv-02070-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Second Request)**<br><br>ECF No. 29 |

COMES NOW, Plaintiff, MARYJANE DORSEY, ("Plaintiff"), by and through her counsel, Trevor J. Hatfield, Esq., of the law firm of Hatfield & Associates, Ltd., and Defendant NP SANTA FE LLC, d/b/a SANTA FE STATION HOTEL & CASINO. ("Defendant") by and through its counsel, Scott M. Mahoney, Esq. of the law firm of Fisher & Phillips LLP, hereby stipulate and agree to extend the time for Plaintiff to Respond to Defendant's Motion for Summary Judgment filed on April 30, 2021 (ECF #25). This request is submitted pursuant to LR IA 6-1, 6-2 and LR II 7-1 and 26-4 and is the parties' second request for an extension of time for Plaintiff to respond to Defendant's Motion for Summary Judgment.

Good cause exists for this extension. This extension is requested to accommodate counsels' schedules and planned vacation.

1

Accordingly, Plaintiff shall have up to and including July 21, 2021, to respond to Defendant's Motion for Summary Judgment (ECF #25). Defendant's reply will be extended accordingly.

**IT IS SO STIPULATED.**

DATED this 21st day of June, 2021.   DATED this 21st day of June, 2021

**HATFIELD & ASSOCIATES**   **FISHER & PHILLIPS LLP**

*/s/ Trevor J. Hatfield*   */s/ Scott M. Mahoney*
By:_____   By:_____
 TREVOR J. HATFIELD, ESQ. (SBN 7373)    Scott M. Mahoney, Esq. (SBN 1099)
 703 S. Eighth Street    300 S. Fourth Street, Suite 1500
 Las Vegas, Nevada 89101    Las Vegas, Nevada 89101
 Tel: (702) 388-4469    Tel: (702) 252-3131
 Fax: (702) 386-9825    Email: smahoney@fisherphillips.com
 Email: thatfield@hatfieldlawassociates.com   *Attorneys for Defendant NP Santa Fe LLC*
 *Attorney for Plaintiff Maryjane Dorsey*

## ORDER

Based on the parties' stipulation [ECF No. 29] and good cause appearing, IT IS HEREBY ORDERED that the deadline to respond to the motion for summary judgment [ECF No. 25] is EXTENDED to July 21, 2021.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 23, 2021

2