TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARYJANE DORSEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NP SANTA FE LLC, d/b/a SANTA FE STATION HOTEL & CASINO, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO: 2:19-cv-02070-JAD-BNW<br><br>**PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

The undersigned counsel hereby moves to Withdraw as Counsel for Plaintiff. This motion is made and based upon the Memorandum of Points and Authorities submitted herein, the Declaration of Trevor J. Hatfield, Esq., attached hereto, the pleadings and papers on file and any argument adduced at the hearing of this Motion to Withdraw as Counsel for Plaintiff.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

### **I.**

Local Rule IA 11-06 (a) allows for an attorney to withdraw with leave of court after notice of the intent to withdraw is served. Plaintiff shall be served by electronic mail and United States mail, pursuant to Local Rule IA 11-06 (b) and the opposing counsel in this case will receive notice of this motion via the CM/ECF system.

///

## II.

Local Rule IA 11-06 (e) provides that, except for good cause, withdrawal will not be granted if a delay in discovery, the trial or any hearing will result.  Here, Counsel believes that there is good cause.  Counsel believes he has a conflict with Plaintiff.  Defendant filed a motion for summary judgment on April 30, 2021, [ECF 25].  Plaintiff has not been in contact with Counsel for several weeks despite Counsel emailing, calling, and sending correspondence to Plaintiff.  Plaintiff cannot file a response to Defendant's motion for summary judgment without Plaintiff's input and cooperation.  Moreover, Plaintiff has been requested to pay fees and costs but has not paid fees or costs that have been reasonably requested to be paid.  Counsel has communicated with Plaintiff an intent to withdraw unless Plaintiff substitutes in the stead of counsel, and Plaintiff agreed to sign a Substitution, but has failed to sign a Substitution of Counsel.  Attached is the Declaration of Counsel.  As set forth in the Declaration of Trevor J. Hatfield, Esq., in the opinion of Counsel, it is in the best interests of Counsel and Plaintiff that Counsel's motion be granted, for good cause.

## III.

Local Rule IA 11-06 (e) also provides that, "…the papers seeking leave of court for the withdrawal or substitution must request specific relief from the scheduled discovery, trial or hearing."  As a response to Defendant's pending motion for summary judgment is due July 21, 2021, Counsel requests that Plaintiff have 60 days' time from the date of the filing of this motion to retain new counsel or appear pro se.

Dated this 25th day of June 2021.    **HATFIELD & ASSOCIATES, LTD.**

By:  /s/ *Trevor J. Hatfield*

Trevor J. Hatfield, Esq. (SBN 7373)
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
    *Attorney for Plaintiff*

*///*

## Order

IT IS ORDERED that plaintiff's counsel's motion to withdraw (ECF No. 31) is GRANTED. The Clerk of Court is kindly directed to update plaintiff's contact information using the information listed on page 4 of ECF No. 31.

IT IS FURTHER ORERED that a status check on this matter is set for 7/9/2021 at 11:30 AM in LV Courtroom 3B via Zoom videoconference before Magistrate Judge Brenda Weksler. To receive a Zoom invitation, parties or counsel must contact courtroom administrator Jeff Miller at jeff_miller@nvd.uscourts.gov no later than noon on the day before the hearing. Plaintiff is required to attend, and she must be prepared to discuss whether she intends to hire counsel and whether she's prepared to meet the 7/21/2021 deadline to to respond to the motion for summary judgment at ECF No. 25

**IT IS SO ORDERED**

**DATED:** 6:44 pm, June 28, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**