1  HOLMAN LAW OFFICE
   Kristina S. Holman, SBN No. 3742
2  8275 S. Eastern Ave., Suite 215
3  Las Vegas, NV 89123
   Tel: (702) 614-4777
4  Fax: (702) 487-3128
   Email: *kholman@kristinaholman.com*
5  *Attorney for Plaintiff, MaryJane Dorsey*

6
                 **UNITED STATES DISTRICT COURT**
7
                      **DISTRICT OF NEVADA**
8

9  | MARYJANE DORSEY, an individual, | CASE NO.: 2:19-cv-02070-JAD-BNW |
   |---|---|

10              Plaintiff,

11 vs.                                    **STIPULATION AND ORDER TO**
                                          **EXTEND TIME FOR PLAINTIFF**
12 NP SANTA FE LLC, d/b/a SANTA FE        **TO FILE HER OPPOSITION TO**
   STATION HOTEL & CASINO, a Domestic     **DEFENDANT'S MOTION FOR**
13 Limited-Liability Company; DOES I through  **SUMMARY JUDGMENT**
   X. inclusive, ROE CORPORATIONS I       **(Third Request)**
14 through X, inclusive,

15              Defendants.                       ECF No. 35

16

17      IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their

18 undersigned counsel of record, that Plaintiff, MARYJANE DORSEY, has until **Wednesday,**

19 **September 29, 2021** to file her Opposition to Defendant's Motion for Summary Judgment. This

20 is an extension of time from the current due date of August 30, 2021.

21
        Plaintiff's current attorney, Kristina S. Holman of Holman Law Office, was just recently
22
   retained by Plaintiff and requires additional time to review the file and gather all necessary
23
   documentation.
24

25 . . .

26 . . .

27
   . . .
28

                                         -1-

1    This stipulation and order is sought in good faith and not for the purpose of delay.  This is

2  Plaintiff's third request for an extension of time.

3    Dated this 30th day of August, 2021.

4

5  HOLMAN LAW OFFICE                    FISHER & PHILLIPS LLP

6

7  By: /s/ Kristina S. Holman, Esq.          By:  /s/ Scott Mahoney, Esq.
      KRISTINA S. HOLMAN, Bar # 3742          SCOTT M. MAHONEY, ESQ.
8      8275 S. Eastern Ave., Suite 215          300 South Fourth Street
      Las Vegas, Nevada 89123                 Suite 1500
9     Attorney for Plaintiff                      Las Vegas, Nevada 89101
                                           Attorneys for Defendant

10

11

12

13                                    **ORDER**

14    IT IS SO ORDERED.

15

16

17

18  _____
                                    U.S. DISTRICT COURT JUDGE
19                                  September 3, 2021

20

21

22

23

24

25

26

27

28

-2-