HOLMAN LAW OFFICE
Kristina S. Holman, SBN No. 3742
8275 S. Eastern Ave., Suite 215
Las Vegas, NV 89123
Tel: (702) 614-4777
Fax: (702) 487-3128
Email: *kholman@kristinaholman.com*
*Attorney for Plaintiff, MaryJane Dorsey*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARYJANE DORSEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NP SANTA FE LLC, d/b/a SANTA FE STATION HOTEL & CASINO, a Domestic Limited-Liability Company; DOES I through X. inclusive, ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:19-cv-02070-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel of record, that Plaintiff, MARYJANE DORSEY, has until **Wednesday, October 13, 2021** to file her Opposition to Defendant's Motion for Summary Judgment. This is an extension of time from the current due date of September 29, 2021.

Plaintiff's current attorney, Kristina S. Holman, was retained in late August 2021 after the close of discovery. We are fairly confident that most, if not all, documents have been received. However, due to the uncertainty that Plaintiff's prior counsel had indeed provided Plaintiff with all discovery, Ms. Holman requested discovery production from opposing counsel, Mr. Mahoney and his office staff, and they have been very helpful this past month in sending Ms. Holman the discovery. Ms. Holman has been diligently drafting Plaintiff's Opposition, and

is still incorporating the documents, and reviewing them with Plaintiff.  Please note that this is Plaintiff's current counsel's *second* request for an extension, as previous counsel, Trevor Hatfield, filed the first two requests.

      This stipulation and order is sought in good faith and not for the purpose of delay.  This is Plaintiff's fourth request for an extension of time.

      Dated this 29th day of September, 2021.

| HOLMAN LAW OFFICE | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Kristina S. Holman, Esq.<br>KRISTINA S. HOLMAN, Bar # 3742<br>8275 S. Eastern Ave., Suite 215<br>Las Vegas, Nevada 89123<br>Attorney for Plaintiff | By: /s/ Scott Mahoney, Esq.<br>SCOTT M. MAHONEY, ESQ.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

## **ORDER**

      IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 30, 2021,
    *Nunc pro tunc to September 29, 2021*