1
2
3
4
5
6

FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
NP Santa Fe LLC

7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9

MARYJANE DORSEY, an individual;

10

Plaintiff,

11

vs.

12

13  NP SANTA FE LLC, d/b/a SANTA FE
14  STATION HOTEL & CASINO, a Domestic
15  Limited-Liability Company; DOES I through
    X, inclusive; ROE CORPORATIONS I
    through X, inclusive,

16

Defendant.

17

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:19-cv-02070-JAD-BNW

**STIPULATION AND ORDER TO
EXTEND TIME TO FILE
SUMMARY JUDGMENT REPLY**
(First Request)

ECF No. 42

18      IT IS HEREBY STIPULATED AND AGREED by and between the parties'

19  counsel of record that Defendant will have up to and including December 3, 2021 to file

20  a reply to Plaintiff's Opposition to Defendant NP Santa Fe's Motion for Summary

21  Judgment (ECF No. 40).  The Motion for Summary Judgment (ECF No. 25) was filed

22  April 30, 2021.  This is the first request for an extension of time regarding a reply brief.

23  In addition to other matters, defense counsel has participated in, or will participate in,

24  10 depositions on October 19, 21, 27 and 28 and November 4, and then needs to prepare

25
26
27
28

*FISHER & PHILLIPS LLP*
*300 S. Fourth Street, Suite 1500*
*Las Vegas, Nevada  89101*

FP 42067678.1

for a two-day arbitration hearing set to start on November 16.

HOLMAN LAW OFFICE                    FISHER & PHILLIPS LLP


By: /s/ Kristina S. Holman, Esq.     By: /s/ Scott M. Mahoney, Esq.
    KRISTINA S. HOLMAN                    SCOTT M. MAHONEY
    8275 S. Eastern Avenue                300 South Fourth Street
    Suite 215                             Suite 1500
    Las Vegas, NV 89123                   Las Vegas, Nevada 89101
    Attorneys for Plaintiff               Attorneys for Defendant



                                     IT IS SO ORDERED:

                                     _____
                                     UNITED STATES DISTRICT JUDGE

                                     Dated: ___10-22-21_____