FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
Attorney for Defendant,
NP Santa Fe LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARYJANE DORSEY, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>NP SANTA FE LLC, d/b/a SANTA FE STATION HOTEL & CASINO, a Domestic Limited-Liability Company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>    Defendant. | Case No. 2:19-cv-02070-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SUMMARY JUDGMENT REPLY**<br>(Second Request)<br><br><br>ECF No. 45 |

    IT IS HEREBY STIPULATED AND AGREED by and between the parties' counsel of record that Defendant will have up to and including December 13, 2021 to file a reply to Plaintiff's Opposition to Defendant NP Santa Fe's Motion for Summary Judgment (ECF No. 40).  The Motion for Summary Judgment (ECF No. 25) was filed April 30, 2021.  This is the second request for an extension of time regarding a reply brief.  Additional time is needed primarily due to the holidays, including in-house

FP 42401629.1

counsel being unavailable to review any final draft of the reply due to a vacation.

| HOLMAN LAW OFFICE | FISHER & PHILLIPS LLP |
|---|---|
| By: /s/ Kristina S. Holman, Esq.<br>KRISTINA S. HOLMAN<br>8275 S. Eastern Avenue<br>Suite 215<br>Las Vegas, NV 89123<br>Attorneys for Plaintiff | By: /s/ Scott M. Mahoney, Esq.<br>SCOTT M. MAHONEY<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: 12-2-2021